GOLDOWITZ, Respondent, v. HEALEY, Appellant. City Court of New York, General Term. July 18, 1900.) Action by one Goldowitz against one Healey. From a judgment

in favor of plaintiff, defendant appeals. Affirmed. Louis Levy, for appellant. Abraham A. Joseph, for respondent.

HASCALL, J. The only plea urged upon us upon this appeal is consideration of exceptions taken to rulings upon questions propounded to a witness for plaintiff, and that we should therein find ground for reversal. Examination of the same shows no sufficient reason for disturbing the record below. The motion to dismiss the complaint was properly denied. Judgment and order appealed from are affirmed, with costs. All concur.

